**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| JOSEPH FRANK KENNEDY,<br>Petitioner,<br>vs.<br>DWIGHT NEVEN, WARDEN,<br>Respondent. | No. 67975<br><br>**FILED**<br><br>JUN 10 2015 |



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DENYING PETITION*



This is a pro se petition for a writ of habeas corpus "or other appropriate relief." Petitioner challenges the validity of his judgment of conviction and sentence.[1] Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction.[2] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1]Petitioner filed the instant petition while his direct appeal from the judgment of conviction, filed with the assistance of counsel, was pending in this court in Docket No. 65606.

[2]A notice of appeal from a decision denying a habeas corpus petition for lack of jurisdiction must be filed in the district court in the first instance. *See* NRS 34.575(1); NRAP 4(b). We express no opinion as to whether petitioner can satisfy the deadline set within NRAP 4(b).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-17735

cc:    Hon. Stefany Miley, District Judge
       Joseph Frank Kennedy
       Terrence M. Jackson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A